# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | :    Case No. 3:23cr00014 |
| | : |
| DREANNA LASHA THOMAS | : |

## AGREED STATEMENT OF FACTS

The United States and the defendant, DREANNA LASHA THOMAS ("THOMAS"),

agree and stipulate that the following is true. This Statement of Facts briefly summarizes the

facts and circumstances surrounding the defendant's criminal conduct. It does not necessarily

contain all of the information obtained during this investigation and applicable to an accurate

Presentence Report and Sentencing Guidelines calculation. This Statement of Facts is not

protected by proffer agreement or any other agreement, and shall be wholly admissible at trial

notwithstanding any Rules or statutes to the contrary, including but not limited to, Federal Rules

of Evidence 408 and 410, and Federal Rule of Criminal Procedure 11.

1.     On December 13, 2022, a confidential informant, working with and at the

direction of law enforcement, placed a recorded phone call to Trevon Derwin Rector ("Rector").

During this call, Rector agreed to sell the confidential informant 1000 pressed fentanyl pills for

$2750, as well as a firearm for $1300. Rector and the confidential informant agreed the

transaction would take place on December 15, 2022.

2.     On December 15, 2022, the same confidential informant placed a phone call to

Rector for the purposes of establishing a meet location for the drug transaction. After a

subsequent in change in the meet location, the confidential informant and Rector agreed to meet

at a restaurant parking in Culpeper, Virginia. Culpeper, Virginia is located in the Western District of Virginia. Rector arrived in the parking lot in a vehicle being driven by THOMAS. Upon their arrival, both Rector and THOMAS were taken into custody. During a subsequent search of THOMAS's vehicle, law enforcement recovered several clear bags containing a large amount of small round blue pills and a black Glock 19 Gen 5 9mm fully loaded firearm with a bullet in the chamber.

3.      The pills seized from THOMAS's vehicle were subsequently sent to the Drug Enforcement Administration laboratory for chemical analysis. By Certificate of Analysis dated February 6, 2023, the laboratory report the substance to be 2766 tablets (303.31grams) of fentanyl.

4.      After her arrest, THOMAS was read her rights pursuant to *Miranda*, and agreed to make a statement. During her interview, THOMAS admitted the pills seized from her vehicle were obtained by her and given to Rector for distribution in Virginia, that there were about 3000 fentanyl pills in the vehicle, and that the seized firearm belonged to her.

5.      DREANNA LASHA THOMAS acknowledges that she and others conspired to distribute at least 400 grams of fentanyl and that quantity was reasonably foreseeable to her.

6.      The actions taken by DREANNA LASHA THOMAS, as described above, were taken willfully, knowingly, and with the specific intent to violate the law. DREANNA LASHA THOMAS did not take those actions by accident, mistake, or with the belief that they did not violate the law.

I, DREANNA LASHA THOMAS, have reviewed the above Statement of Facts with my attorney and believe the facts are true and correct. I agree that had this matter proceeded to trial, the United States would have proved the facts outlined above beyond a reasonable doubt.

_____\\\11\23_____
Date

DREANNA LASHA THOMAS
Defendant

_____11\1\23_____
Date

Michael T. Hemenway, Esq.
Attorney for Defendant

Had this matter proceeded to trial, the United States would have proved the facts outlined above beyond a reasonable doubt. The government reserves the right to present additional evidence at the time of sentencing regarding relevant conduct of the defendant.

11-1-2023

Ronald M. Huber, VA Bar No. 31135
Assistant United States Attorney